741 A.2d 598

IN THE MATTER OF JEFFREY P. CILLO, AN ATTORNEY AT LAW.

December 21, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **JEFFREY P. CILLO** of **UNION,** who was admitted to the bar of this State in 1981, and who was suspended from the practice of law for a period of one year effective October 7, 1998, by Order of this Court dated September 10, 1998, be restored to the practice of law, effective immediately.